| | |
|---|---|
| JOSEPH H. HARRINGTON<br>Acting United States Attorney<br>Eastern District of Washington<br>Stephanie Van Marter<br>Assistant United States Attorney<br>Post Office Box 1494<br>Spokane, WA 99210-1494<br>Telephone: (509) 353-2767 | FILED IN THE<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON<br><br>OCT 1 1 2017<br><br>SEAN F. McAVOY, CLERK<br>_____DEPUTY<br>YAKIMA, WASHINGTON |

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELVIA DOLORES BELTRAN,<br><br>　　　　　Defendant. | 4:17-CR-6038-SMJ-1<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(i)<br>Possession with Intent to Distribute Heroin<br><br>21 U.S.C. § 853<br>Criminal Forfeiture |

The Grand Jury Charges:

That on or about October 2, 2017, in the Eastern District of Washington, the Defendant, ELVIA DOLORES BELTRAN, did knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i).

INDICTMENT – 1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

Pursuant to 21 U.S.C. § 853 upon conviction of an offense of violation of 21 U.S.C. § 841 as alleged in this Indictment, Defendant, ELVIA DOLORES BELTRAN, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

//
//
//

INDICTMENT – 2

1 | the United States of America shall be entitled to forfeiture of substitute property
2 | pursuant to 21 U.S.C. § 853(p).
3 |
4 |     DATED this 11th day of October 2017.

JOSEPH H. HARRINGTON
Acting United States Attorney

*(signature)*

Russell E. Smoot
Criminal Division Chief

*(signature)*

Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 3