FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELVIA DOLORES BELTRAN,<br><br>Defendant. | No. 4:17-CR-6038-SMJ-1<br><br>ORDER GRANTING MOTION TO AMEND CONDITIONS OF RELEASE AND GRANTING MOTION TO EXPEDITE<br><br>**ECF Nos. 39, 41** |

Before the Court is Defendant's unopposed Motion to Amend Conditions of Release (ECF No. 39) and Motion to Expedite (ECF No. 41). For the reasons set forth in the motion;

IT IS HEREBY ORDERED:

1. The Motion to Expedite (ECF No. 41) is GRANTED.

2. The Motion to Modify Conditions of Release (ECF No. 39) is GRANTED.

3. Defendant's Special Condition of Release No. 10 (ECF No. 16) shall be temporarily modified to allow Defendant leave her residence in order to

ORDER - 1

go to the hospital to be with her daughter, until the time Defendant's daughter is discharged from the hospital. Defendant shall remain subject to location monitoring while this modification to Defendant's release conditions is in effect.

DATED March 13, 2018.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE