# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Beltran, Elvia Dolores | Docket No. | 0980 4:17CR06038-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Elvia Dolores Beltran, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 10th day of October 2017, under the following conditions:

Condition #3: Defendant shall appear at all proceedings and surrender as directed for service of any sentence imposed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Elvia Beltran is alleged to have failed to self-surrender to Federal Detention Center Sea Tac as required on February 19, 2019, by 12 p.m.

On October 11, 2017, the conditions of pretrial release supervision were reviewed and signed by Ms. Beltran in the Western District of Washington. She acknowledged an understanding of her conditions, which included condition number 3.

On January 10, 2019, the above-named defendant was sentenced by Your Honor to 33 months custody followed by 5 years of supervised release after pleading guilty to possession with intent to distribute heroin. The defendant was due to self-surrender to Federal Detention Center (FDC) Sea Tac on February 19, 2019, by 12 p.m.

On February 19, 2019, at approximately 3:29 a.m. this officer received a voice message and email from the Western District of Washington's Location Monitoring Specialist (LMS) Chance advising he received a strap tamper alert on the defendant's location monitoring device. Per LMS Chance, the alert occurred at the defendant's mother's address in Tacoma, Washington. Per LMS Chance, all calls to the family members have gone unanswered. LMS Chance advised they attempted to contact the defendant's sisters, mother and children without a response.

At approximately 11:35 a.m. on February 19, 2019, Supervising United States Probation Officer (SUSPO) Akins from the Western District of Washington contacted this officer and stated a family member called their office advising the defendant's location monitoring bracelet was on the floor at the defendant's mother's home. They advised it appears the defendant cut the bracelet off and left. They told SUSPO Akins they do not know of her whereabouts and commented they were "very surprised" regarding her actions.

On January 25, 2019, the United States Marshals Service (USMS) emailed the defendant's self-surrender letter to this officer as per the USMS; they did not have the means to mail a hard copy to the defendant. This officer forwarded the letter to USPO Lacy who advised she would make sure the defendant received a copy. Per USPO Lacy, she met with the defendant, her daughter and her sister at the defendant's residence to go over the self-surrender letter and answered any questions they had.

As of the submission of this report, the defendant has failed to self-surrender to FDC Sea Tac as directed on February 19, 2019.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 19, 2019

by  s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

02/19/2019
Date